# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC,

          Plaintiff,

vs.

+/– 0.418 ACRES OF LAND IN
COLUMBIA COUNTY, FLORIDA,
BRIDGET T. KOGER, et al.,

          Defendants.
_____/

Case No.:  3:21-cv-295-MMH-JBT
Tract No.:  FL-COLU-051.00

## ORDER

Upon review of Plaintiff's Notice of Dismissal of Action under Fed. R. Civ. P. 71.1(i)(1)(A) (Doc. 12), filed on March 23, 2021, this action is dismissed without prejudice. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should term any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of March, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Copies:
Counsel and parties of record

1